UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADONIS BETANCES,<br><br>                           Plaintiff,<br><br>-against-<br><br>THE CITY COMMISSIONER OF NYC CORRECTIONS, ET AL.,<br><br>                           Defendants. | 24-CV-2596 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 29, 2024, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's Section 1983 claims for failure to state a claim on which relief can be granted and declines supplemental jurisdiction of Plaintiff's state law claims

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:  July 1, 2024
        New York, New York

                                                                /S/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge