UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADONIS BETANCES,<br><br>                              Plaintiff,<br><br>     -against-<br><br>THE CITY COMMISSIONER OF NYC CORRECTIONS, ET AL.,<br><br>                              Defendants. | 24cv2596 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 1, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 2, 2024
            New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge